IRVING U. SCOTT, Appellant, *v.* HENRY A. PALMER, Respondent.

Argued November 30, 1936; decided December 31, 1936.

*H. C. Stratton* and *Ralph W. France* for appellant.

*Willard R. Pratt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.